# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHN MEKARI

VERSUS

MARRERO, COUVILLON &
ASSOCIATES, LLC

NO.   2019 CW 0982

**NOVEMBER 27, 2019**

---

In Re:   John Merkari, applying for rehearing, 19th Judicial
         District Court, Parish of East Baton Rouge, No.
         634356.

---

**BEFORE: GUIDRY, McCLENDON, WELCH, HIGGINBOTHAM AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMG**
**PMc**
**JEW**
**TMH**

**Holdridge, J.,** dissents and would grant the rehearing to
allow additional briefing and oral argument.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT